Argued and submitted October 3, affirmed November 5, 1997

Michelle M. BENSON,
*Plaintiff,*

*v.*

Charlie Paul JACOBSEN,
*Respondent.*

STATE OF OREGON,
*Respondent,*

*v.*

CHARLES P. JACOBSEN,
*Appellant.*

(9507-67618; CA A94917)

947 P2d 628

Liza J. Langford filed the brief for appellant.

Jonathan H. Fussner, Assistant Attorney General, argued the cause and filed the brief for respondent. With him on the brief were Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Armstrong, Judges.

PER CURIAM

**PER CURIAM**

On September 17, 1996, defendant's probation was revoked for two violations of a restraining order and, in a separate order, for possession of a stolen vehicle. Defendant's appeal is from the order revoking probation for violations of the restraining order only. On the merits of that appeal, we affirm. Although the parties also make arguments based on the order in a related case, that order is not before us.

Affirmed.